Barbara Lynn MOFFITT *v.* STATE of Arkansas

CR 92-444                                       828 S.W.2d 356

Supreme Court of Arkansas
Opinion delivered May 4, 1992

*Linda Scribner*, for appellant.

No response.

PER CURIAM. Appellant, Barbara Lynn Moffitt, by her attorney, has filed for a rule on the clerk.

Her attorney, Linda Scribner, admits that the record was tendered late due to a mistake on her part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.